IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KARIM ELEY, | : | |
|     Petitioner | : | No. 3:CV-08-90 |
| v. | : | (Judge Vanaskie) |
| | : | |
| CHARLES ERICKSON, ET.AL., | : | |
|     Respondent | : | |

RESPONDENTS' APPENDIX OF EXHIBITS

TO THE HONORABLE THOMAS I. VANASKIE, UNITED STATES DISTRICT JUDGE:

In support of their Answer and Brief in Opposition to Petition for Writ of Habeas Corpus, Respondents hereby submit this Appendix of Exhibits containing copies of the following documents:

    <u>Exhibit A</u>: Docket of Court of Common Pleas, No. CP-22-CR-00002631-2001.

    <u>Exhibit B</u>: Notes of Testimony of Jury Trial dated August 6-10, 2001.

    <u>Exhibit C</u>: Notes of Testimony of Closing Arguments dated August 10, 2001.

Exhibit D: Notes of Testimony of Evidentiary Hearing on After-Discovered Evidence dated August 15, 2002; September 6, 2002; September 17, 2002.

Exhibit E: Brief of Appellant on appeal to the Superior Court of Pennsylvania, 1667 MDA 2001.

Exhibit F: Memorandum Opinion of the Superior Court of Pennsylvania, 1667 MDA 2001, affirming the judgment of sentence on direct appeal, filed September 22, 2003.

Exhibit G: Petition for Allowance of Appeal to the Supreme Court of Pennsylvania from the denial of direct appeal, 771 PAL 2003.

Exhibit H: Order of the Supreme Court of Pennsylvania dated January 2, 2004, denying Eley's Petition for Allowance of Appeal, 771 PAL 2003.

Exhibit I: Eley's Post Conviction Relief Act Petition filed December 13, 2004.

Exhibit J: Notes of Testimony of PCRA Evidentiary Hearing dated July 20, 2005.

Exhibit K: Eley's Post Conviction Relief Act Petition filed September 26, 2005.

Exhibit L: Notes of Testimony of PCRA Evidentiary Hearing dated September 19, 2006.

Exhibit M: Brief of Appellant on appeal to the Superior Court of Pennsylvania from the denial of PCRA relief, 896 MDA 2006.

Exhibit N: Memorandum Opinion of the Superior Court of Pennsylvania, 896 MDA 2006, affirming the denial of relief under the Post Conviction Relief Act, filed May 4, 2007.

Exhibit O: Brief of Appellant on appeal to the Superior Court of Pennsylvania from the denial of PCRA relief, 1684 MDA 2007.

<u>Exhibit P</u>: Memorandum Opinion of the Superior Court of Pennsylvania, 1684 MDA 2007 affirming the denial of relief under the Post Conviction Relief Act, filed March 24, 2009.

<u>Exhibit Q</u>: Petition for Allowance of Appeal to the Supreme Court of Pennsylvania from the denial of PCRA relief.

<u>Exhibit R</u>: Order of the Supreme Court of Pennsylvania dated December 20, 2007, denying Eley's Petition for Allowance of Appeal from the denial of PCRA relief.

        Respectfully submitted,

        s/Jason E. McMurry, Deputy District Attorney
        Dauphin County District Attorney's Office
        Dauphin County Courthouse
        Front & Market Streets
        Harrisburg, PA  17101
        (717) 780-6767
        Pennsylvania Supreme Court Number 88751